**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leslie Jerome MOORE, Defendant–Appellant.**

No. 05–50476.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 13, 2006.

Becky S. Walker, Esq., Tyson Walch, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Diane E. Berley, Esq., West Hills, CA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, RYMER and FISHER, Circuit Judges.

MEMORANDUM **

Leslie Jerome Moore appeals from his conviction and 45–month sentence for (1) conspiracy to commit bank fraud; (2) conspiracy to commit access device fraud; (3) possession of 15 or more unauthorized access devices; and (4) aggravated identity theft, in violation of 18 U.S.C. §§ 1349, 1029(a)(3) & (b), and 1028A. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moore's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

